**DISMISS and Opinion Filed November 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00701-CV**

**IN RE YOLANDA DICKSON**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-07790**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

By postcard dated October 17, 2019, we directed appellant to file her brief, which was overdue, within ten days. Although we cautioned appellant that failure to comply would result in dismissal of the appeal without further notice, the brief has not been filed. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b)(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190701F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN RE YOLANDA DICKSON

No. 05-19-00701-CV

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-19-07790.
Opinion delivered by Chief Justice Burns, Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered November 14, 2019.